Thomas M. Swett (SBN 232423)
BURTON RICHARDS & SWETT, P.C.
47 Main Street
Sutter Creek, California 95685
Phone: (209) 267-8301
Fax: (209) 992-4077
Email: tswett@brs-law.com

Attorneys for Plaintiffs
Maurice John Plasse, III & Jeannie Lynn Plasse

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHN PLASSE, III; and JEANNIE LYNN PLASSE,<br><br>Plaintiffs,<br><br>V.<br><br>LYNLEY FORD; JIM LAUGHTON, formerly named as DOE 1; BOBBI LAUGHTON, formerly named as DOE 2 and DOES 3 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01136-TLN-EFB<br><br>**STIPULATION TO CONTINUE MOTION FOR REMAND**<br><br>DATE: September 7, 2017<br>TIME: 2:00 P.M.<br>ROOM 2; 15TH FLOOR |

## ORDER OF THE COURT

Pursuant to the parties' stipulation, and good cause appearing therefore, the court hereby continues the hearing for plaintiffs' motion for remand from September 7, 2017 to October 5, 2017 at 2:00 p.m., Room 2, 15th Floor. Rule 26 disclosures shall take place, if at all, no later than October 20, 2017.

IT IS SO ORDERED:

DATED: AUGUST 14, 2017

_____
Troy L. Nunley
United States District Judge