UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHN PLASSE, III, and JEANNIE LYNNE PLASSE,<br><br>Plaintiffs,<br><br>v.<br><br>LYNLEY FORD,<br><br>Defendant. | No. 2:17-cv-1136-TLN-JDP<br><br>ORDER |

This case, in which defendant was proceeding *in propria persona*, was referred to me pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On October 2, 2020, attorney Zachary Schorr was substituted in as attorney of record for defendant.

Because defendant is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. I will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that:

1. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge; and

/////

/////

1

2. The October 15, 2020 scheduling conference and hearing on plaintiff's motion to sever claims, which were set before the previously assigned magistrate judge, are vacated. *See* ECF Nos. 47, 48, 50.

DATED: October 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE