**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE JOHN PLASSE, III, ET AL.,<br>    Plaintiff,<br>    v.<br>LYNLEY FORD,<br>    Defendant. | Case No.:  2:17-cv-01136-DJC-JDP<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

On November 22, 2024, this Court granted Talkov Law Corp.'s Motion to Withdraw as Counsel for Defendant Lynley Ford.  (ECF No. 91.)  The Court ordered Talkov Law Corp. to serve a copy of that Order on Defendant, which Talkov Law Corp. did on November 25, 2024.  (*See* ECF Nos. 91–92.)  The Court further directed Defendant to retain new counsel and for that new counsel to file a notice of appearance in this action within thirty (30) days of service of the Order.  (ECF No. 91.)

To date, the docket is absent of any such notification.  Accordingly, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings.  *See* E.D. Cal. L.R. 302(c)(21).  Any pending deadlines and hearings set before the assigned

////
////
////

District Judge are VACATED.  All documents hereafter filed with the Clerk of the Court shall bear case number:  2:17-cv-01136-DJC-JDP (PS).

IT IS SO ORDERED.

Dated:   **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE