UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHN PLASSE, III, *et al.*, | Case No. 2:17-cv-1136-DJC-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| LYNLEY FORD, | |
| Defendant. | |

On November 25, 2024, the court granted plaintiffs' motion for summary judgment and denied defendant's counter motion. ECF No. 91. In relevant part, the court ordered that the subject property, known as the Digitale Ranch, located on French Bar Road in Amador County, California, Assessor's Parcel Number 044- 310-023-000 ("the property"), be partitioned in kind and divided between plaintiffs and defendant in proportion to plaintiffs' 75% interest and defendant's 25% interest. *Id.* at 9-10. The court additionally ordered the parties to submit a proposed referee to advise on partitioning by December 9, 2024. ECF No. 91. The court permitted each party to nominate two potential referees in the event the parties could not agree on a referee.

In that same order, the court granted defendant's counsel's motion to withdraw and to order defendant to retain counsel and file a notice of appearance within thirty days. *Id.* at 10.

1

The court advised defendant that should she fail to obtain new counsel within that time, it would refer this action to the undersigned. *Id.*

On December 9, 2024, plaintiffs filed their nomination of a partition referee. ECF No. 93. Defendant, however, neither filed a nomination nor obtained counsel. Accordingly, on January 21, 2025, the court referred this matter to the undersigned for all further proceedings. ECF No. 94.

In light of defendant's failure to submit a proposed referee, defendant is ordered to show cause why sanctions should not be imposed for her failure to timely file a nomination of a partition referee. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."). Defendant's failure to comply with this order will result in a recommendation that the court accept plaintiffs' proffered partition referee and proceed with the partition process.

Accordingly, it is hereby ORDERED that:

1. By no later than June 13, 2025, defendant shall file a nomination of a partition referee in accordance with the court's November 25, 2024 order. *See* ECF No. 91.

2. By no later than June 13, 2025, defendant shall show cause why sanctions should not be imposed for her failure to comply with the court's November 25, 2024 order.

3. Failure to comply with this order will result in the imposition of sanctions, including a recommendation that the court accept plaintiffs' proffered partition referee.

IT IS SO ORDERED.

Dated:   May 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2