UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHN PLASSE, III, *et al.*, | Case No. 2:17-cv-1136-DJC-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| LYNLEY FORD, | |
| Defendant. | |

On November 25, 2024, the court granted plaintiffs' motion for summary judgment and denied defendant's counter motion. ECF No. 91. In relevant part, the court ordered that the subject property, known as the Digitale Ranch, located on French Bar Road in Amador County, California, Assessor's Parcel Number 044- 310-023-000 ("the property"), be partitioned in kind and divided between plaintiffs and defendant in proportion to plaintiffs' 75% interest and defendant's 25% interest. *Id.* at 9-10. The court additionally ordered the parties, by no later than December 9, 2024, to propose up to two referees to advise on partitioning. ECF No. 91. Finally, the court notified the parties that after receipt of their referee nominations, it would hold a hearing to appoint a referee to plan and effect the partition in kind.[1] *Id.* at 8.

---

[1] In the same order, the court granted defendant's former counsel's motion to withdraw. ECF No. 91 at 9. After defendant failed to obtain new counsel, the court referred this case to the undersigned for all further pretrial proceedings. ECF No. 94; *see* E.D. Cal. L.R. 302(c)(21).

1

Plaintiffs timely filed their nomination of partition referees. ECF No. 93. Defendant, however, did not. Accordingly, defendant was ordered to show cause why sanctions should not be imposed for failure to comply with the court's November 25, 2024 order. ECF No. 95. In response, plaintiff filed a letter in which she proposes attorney Amy Harrington be appointed referee. ECF No. 97. Given that plaintiff has now nominated a potential referee, I will discharge the order to show cause and set a hearing to appoint a referee.

Accordingly, it is hereby ORDERED that:

1. The May 30, 2025 order to show cause, ECF No. 95, is DISCHARGED.

2. A hearing to appoint a referee to plan and effect the partition in kind is set for November 13, 2025, at 10:00 a.m. The conference will be conducted remotely via Zoom.[2]

IT IS SO ORDERED.

Dated:   October 20, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[2] The Zoom invitation will be distributed one week prior to the hearing.