Thomas M. Swett (SBN 232423)
**BURTON & SWETT, LLP**
P.O. Box 551
14220 Old State Route 49
Amador City, California 95601
Phone: (209) 267-9217
Fax:    (209) 992-4077
Email: tom@burtonswett.com

Attorneys for Plaintiffs
Maurice John Plasse, III & Jeannie Lynn Plasse

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE JOHN PLASSE, III; and JEANNIE LYNN PLASSE,<br><br>Plaintiffs,<br>V.<br><br>LYNLEY FORD;<br>JIM LAUGHTON, formerly named as DOE 1;<br>BOBBI LAUGHTON, formerly named as DOE 2; and DOES 3 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.: 2:17-cv-01136-DJC-JDP (PS)<br><br>[PROPOSED] **ORDER APPOINTING SARA LOCKHART AS REFEREE**<br><br>[Cal. Code Civ. Proc., § 873.010 et seq.] |

**ORDER**

Having reviewed the nominations for referee in this action submitted by plaintiffs and Ms. Ford, and all parties having been given an opportunity to be heard, the court hereby appoints Sara Lockhart as referee pursuant to California Code of Civil Procedure section 873.010, et seq. No bond shall be required of the referee at this time.

The referee is instructed to evaluate and produce a report to this court that recommends the fair and equitable division in kind of the real property that is the subject of this action, which is commonly known as Amador County Assessor Parcel Numbers 044-310-031; -032; -033; -

1  034; & -035.  The referee shall produce an opinion of value for the entire subject property
2  considering all of its relevant characteristics and then recommend its division into two parts, one
3  for Ms. Ford and one for plaintiffs.  The value of Ms. Ford's portion shall be approximately 25
4  percent and the value of plaintiffs' portion shall be approximately 75 percent of the sum of the
5  values of these two portions as a whole.  Said report shall be served on all parties to this action
6  and filed with the court no later than **February 27, 2026**.

7  The referee shall be entitled to compensation of $4,800 upon completion of the work
8  specified above, which shall be paid ~~in equal shares from plaintiffs and defendant Ford~~ **shall be**
9  **paid by the parties in proportion to their interests in the subject property.  *See* Cal. Code**
10  **Civ Proc. § 874.040; *Lin v. Jeng*, 203 Cal. App. 4th 1008, 1025 (2012) ("There is no**
11  **ambiguity in the language of section 874.040.  It simply states that the trial court must**
12  **apportion the costs incurred in a partition action based upon either the parties' interests in**
13  **the property, or equitable considerations.").  Accordingly, plaintiffs will be required to pay**
14  **$3,600 of the referee's fee, while defendant Ford is responsible for the remaining $1,200.**
15  The referee will be entitled to a lien on the subject property for said compensation as of the date
16  her report is filed with the court.  Said lien for the several obligations of each party shall attach to
17  their respective interest in the subject property only.

18  
19  IT IS SO ORDERED.

20  Dated:    December 19, 2025
21                                                                    JEREMY D. PETERSON
                                                                       UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of California. I am over the age of 18 years and not a party to this action. My business address is P.O. Box 551 * 14220 Old State Route 49, Amador City, California 95601.

On the date of execution hereof, I served the foregoing document(s):

**[PROPOSED] ORDER APPOINTING SARA LOCKHART AS REFEREE**

by placing a true and correct copy thereof in a sealed envelope and addressed as follows:

Lynley Ford
335 East Linton Blvd., Suite B14/#1991
Delray Beach, FL 33483

and then delivering said sealed envelope to the United States Postal Service with First Class postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 20, 2025, at Amador City, California.

Chelsea Faust