UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE JOHN PLASSE, III, *et al.*,

Plaintiffs,

v.

LYNLEY FORD,

Defendant.

Case No. 2:17-cv-1136-DJC-JDP (PS)

ORDER

Plaintiffs have filed a request to voluntarily dismiss the balance of their claims in the first amended complaint "without prejudice in connection with a final judgment of partition in this case." ECF No. 111. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

The parties have litigated a motion for summary judgment, so dismissal under Rule 41(a)(1)(A)(i) is not available. However, defendant may stipulate to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii), or, should defendant decline to stipulate, the court may dismiss this action based upon plaintiffs' request, "on terms that the court considers proper." Fed. R. Civ.

P. 41(a)(2).

Accordingly, it is hereby ORDERED that defendant shall, within seven days of the date of this order, file and serve a document stipulating to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiffs' request for dismissal and entry of judgment.

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[1] In the event defendant so stipulates, the court will construe the parties' filings as a stipulation of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii).